**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 19-31575-hcm |
| | CHAPTER 13 |
| William M. Byers, | |
| aka Bill Byers, | JUDGE H. Christopher Mott |
| aka William M. Byers, Jr, | |
| Debtor, | |
| Christina O. Byers, | |
| Joint Debtor. | |
| _____/ | |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AGAINST REAL PROPERTY 6624 MARIPOSA DRIVE, EL PASO, TEXAS 79912 FILED BY REVERSE MORTGAGE SOLUTIONS, INC.

On January 29, 2021, a Motion for Relief from Automatic Stay Against Real Property Located at 6624 Mariposa Drive, El Paso, Texas 79912 Pursuant to 11 U.S.C. § 362 (the "Motion") was filed by Reverse Mortgage Solutions, Inc. (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would

be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion for Relief from Automatic Stay Against Real Property Located at 6624 Mariposa Drive, El Paso, Texas 79912 filed by Reverse Mortgage Solutions, Inc. on <DATE> is hereby GRANTED so as to authorize Movant to proceed with its state court remedies as it pertains to the real property located at 6624 Mariposa Drive, El Paso, Texas 79912.

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

**IT IS FURTHER ORDERED** to the extent the Property is foreclosed on and sold, any excess proceeds from the sales shall be turned over to Trustee with a reservation of the issue as to whether the Debtor is entitled to such funds.

###

Tricia Ann Morra, Esquire, TXBN 24117700
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
5601 Executive Drive, Suite 400
Irving, TX 75038
817-873-3080 Ext 156
tmorra@raslg.com
**ATTORNEY FOR Reverse Mortgage Solutions, Inc.**